Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−12051−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ephraim Checkanow
44 Genesee Place
Lakewood, NJ 08701

Devorah Checkanow
44 Genesee Place
Lakewood, NJ 08701

Social Security No.:
xxx−xx−3212

xxx−xx−3358

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/9/21 at 09:00 AM

to consider and act upon the following:

*22* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 5/18/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 5/14/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-12051-MBK
Ephraim Checkanow  Chapter 13
Devorah Checkanow
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: May 14, 2021      Form ID: ntchrgbk      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Ephraim Checkanow, Devorah Checkanow, 44 Genesee Place, Lakewood, NJ 08701-1124

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
     docs@russotrustee.com

Denise E. Carlon
     on behalf of Creditor THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Moshe Rothenberg
     on behalf of Joint Debtor Devorah Checkanow moshe@mosherothenberg.com
     alyson@mosherothenberg.com;ajohn880@gmail.com

Moshe Rothenberg
     on behalf of Debtor Ephraim Checkanow moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com

U.S. Trustee

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 14, 2021 | Form ID: ntchrgbk | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6