Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−12051−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ephraim Checkanow
44 Genesee Place
Lakewood, NJ 08701

Devorah Checkanow
44 Genesee Place
Lakewood, NJ 08701

Social Security No.:
xxx−xx−3212                                            xxx−xx−3358

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 18, 2021.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 19, 2021
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-12051-MBK |
| Ephraim Checkanow | Chapter 13 |
| Devorah Checkanow | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 19, 2021 | Form ID: 148 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ephraim Checkanow, Devorah Checkanow, 44 Genesee Place, Lakewood, NJ 08701-1124 |
| 519148478 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519137473 | + | Bank of New York Melon, 240 Greenwich St, New York, NY 10007-2470 |
| 519137474 | | Binyamin Weissler, 100 Pawnee Rd, Lakewood, NJ 08701-1159 |
| 519137476 | | Chani Davidowitz, 818 Morris Ave, Lakewood, NJ 08701-5550 |
| 519137478 | | College Access Network, 111 Washington Ave S Ste 1400, Minneapolis, MN 55401-6800 |
| 519194608 | + | College Assist, PO BOX 16358, ST. PAUL, MN 55116-0358 |
| 519137483 | | Harold Herskovitz, 310 3rd St, Lakewood, NJ 08701-3221 |
| 519150859 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519137484 | | Joseph Leifer, 39 Broadway, New York, NY 10006-3003 |
| 519137486 | # | KML Law Group, Sentry Office Plaza, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519211907 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519137491 | | Pinny Trencher, 10 Mohawk Pl, Lakewood, NJ 08701-1140 |
| 519137492 | | Shimon Golombeck, 402 8th St, Lakewood, NJ 08701-2670 |
| 519137493 | | Sholom Pekier, 11 Mohawk Pl, Lakewood, NJ 08701-1141 |
| 519149865 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519169918 | | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519137497 | | Tzodek Katz, 5 Kedma Dr, Lakewood, NJ 08701-3599 |
| 519166911 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519137499 | | Yakov Kaplan, 27 Genesee Pl, Lakewood, NJ 08701-1125 |
| 519137500 | | Yechiel Haas, 10 Hillside Blvd, Lakewood, NJ 08701-2969 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2021 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2021 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519137471 | | EDI: AMEREXPR.COM | May 20 2021 00:28:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519167843 | | EDI: BECKLEE.COM | May 20 2021 00:28:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519137472 | | EDI: BANKAMER.COM | May 20 2021 00:28:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519137475 | | Email/Text: bankruptcy@cavps.com | May 19 2021 20:58:00 | Cavalry Portfolio Services, 500 Summit Dr Ste 400, Valhalla, NY 10595 |
| 519139794 | + | Email/Text: bankruptcy@cavps.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | May 19 2021 20:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519137477 | | EDI: CITICORP.COM | May 20 2021 00:28:00 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519137479 | | EDI: WFNNB.COM | May 20 2021 00:28:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519137480 | | EDI: DISCOVER.COM | May 20 2021 00:28:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 519137481 | + | EDI: USBANKARS.COM | May 20 2021 00:28:00 | Elanco Financial Services, PO Box 108, Saint Louis, MO 63166-0108 |
| 519137482 | | Email/Text: bknotice@ercbpo.com | May 19 2021 20:58:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 519137485 | | EDI: JPMORGANCHASE | May 20 2021 00:28:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 519137487 | | Email/Text: PBNCNotifications@peritusservices.com | May 19 2021 20:56:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519142426 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2021 22:16:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519151143 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2021 22:17:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519137488 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2021 22:16:04 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519137489 | | EDI: MID8.COM | May 20 2021 00:28:00 | Midland Funding LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 519146037 | + | EDI: MID8.COM | May 20 2021 00:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519137490 | + | Email/Text: bnc@nordstrom.com | May 19 2021 20:57:09 | Nordstrom, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 519208019 | | EDI: PRA.COM | May 20 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519144344 | | EDI: Q3G.COM | May 20 2021 00:28:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519137494 | | EDI: RMSC.COM | May 20 2021 00:28:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519199928 | + | EDI: RMSC.COM | May 20 2021 00:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519139481 | + | EDI: RMSC.COM | May 20 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519137496 | | EDI: TDBANKNORTH.COM | May 20 2021 00:28:00 | TD Bank, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519137495 | | EDI: WTRRNBANK.COM | May 20 2021 00:28:00 | Target bank, PO Box 1470, Minneapolis, MN 55440-1470 |
| 519137498 | | EDI: USBANKARS.COM | May 20 2021 00:28:00 | US Bank, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason    Name and Address**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2021 | Form ID: 148 | Total Noticed: 49 |

519167844   *   American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021           Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Joint Debtor Devorah Checkanow moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Ephraim Checkanow moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6