Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−12051−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ephraim Checkanow
44 Genesee Place
Lakewood, NJ 08701

Devorah Checkanow
44 Genesee Place
Lakewood, NJ 08701

Social Security No.:
xxx−xx−3212

xxx−xx−3358

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           6/23/21
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 24, 2021
JAN: wir

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Ephraim Checkanow  
Devorah Checkanow  
    Debtors

Case No. 21-12051-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2021 | Form ID: 132 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ephraim Checkanow, Devorah Checkanow, 44 Genesee Place, Lakewood, NJ 08701-1124 |
| 519137471 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519167843 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519137472 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519148478 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519137473 | + | Bank of New York Melon, 240 Greenwich St, New York, NY 10007-2470 |
| 519137474 | | Binyamin Weissler, 100 Pawnee Rd, Lakewood, NJ 08701-1159 |
| 519137476 | | Chani Davidowitz, 818 Morris Ave, Lakewood, NJ 08701-5550 |
| 519137478 | | College Access Network, 111 Washington Ave S Ste 1400, Minneapolis, MN 55401-6800 |
| 519194608 | + | College Assist, PO BOX 16358, ST. PAUL, MN 55116-0358 |
| 519137483 | | Harold Herskovitz, 310 3rd St, Lakewood, NJ 08701-3221 |
| 519150859 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519137484 | | Joseph Leifer, 39 Broadway, New York, NY 10006-3003 |
| 519137486 | # | KML Law Group, Sentry Office Plaza, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519137491 | | Pinny Trencher, 10 Mohawk Pl, Lakewood, NJ 08701-1140 |
| 519137492 | | Shimon Golombeck, 402 8th St, Lakewood, NJ 08701-2670 |
| 519137493 | | Sholom Pekier, 11 Mohawk Pl, Lakewood, NJ 08701-1141 |
| 519149865 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519137495 | | Target bank, PO Box 1470, Minneapolis, MN 55440-1470 |
| 519169918 | | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519137497 | | Tzodek Katz, 5 Kedma Dr, Lakewood, NJ 08701-3599 |
| 519166911 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519137499 | | Yakov Kaplan, 27 Genesee Pl, Lakewood, NJ 08701-1125 |
| 519137500 | | Yechiel Haas, 10 Hillside Blvd, Lakewood, NJ 08701-2969 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 24 2021 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 24 2021 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519137475 | | Email/Text: bankruptcy@cavps.com | May 24 2021 20:48:00 | Cavalry Portfolio Services, 500 Summit Dr Ste 400, Valhalla, NY 10595 |
| 519139794 | + | Email/Text: bankruptcy@cavps.com | May 24 2021 20:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 21-12051-MBK    Doc 39    Filed 05/26/21    Entered 05/27/21 00:16:07    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2021 | Form ID: 132 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519137477 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2021 21:09:32 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519137479 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2021 20:47:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519137480 | | Email/Text: mrdiscen@discover.com | May 24 2021 20:46:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 519137481 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 24 2021 20:47:00 | Elanco Financial Services, PO Box 108, Saint Louis, MO 63166-0108 |
| 519137482 | | Email/Text: bknotice@ercbpo.com | May 24 2021 20:48:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 519137485 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 24 2021 21:10:02 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 519211907 | + | Email/Text: PBNCNotifications@peritusservices.com | May 24 2021 20:46:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519137487 | | Email/Text: PBNCNotifications@peritusservices.com | May 24 2021 20:46:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519142426 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2021 21:09:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519151143 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 24 2021 21:09:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519137488 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 24 2021 21:09:58 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519137489 | | Email/Text: bankruptcydpt@mcmcg.com | May 24 2021 20:47:00 | Midland Funding LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 519146037 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2021 20:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519137490 | + | Email/Text: bnc@nordstrom.com | May 24 2021 20:46:37 | Nordstrom, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 519219346 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2021 21:10:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519208019 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2021 21:09:31 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519144344 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2021 20:47:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519137494 | | Email/PDF: gecsedi@recoverycorp.com | May 24 2021 21:09:24 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519199928 | + | Email/PDF: gecsedi@recoverycorp.com | May 24 2021 21:09:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519139481 | + | Email/PDF: gecsedi@recoverycorp.com | May 24 2021 21:10:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519137496 | | Email/Text: bankruptcy@td.com | May 24 2021 20:47:00 | TD Bank, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519137498 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 24 2021 20:47:00 | US Bank, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2021 | Form ID: 132 | Total Noticed: 50 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519167844 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Joint Debtor Devorah Checkanow moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Ephraim Checkanow moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6