| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> Albert Russo <br> CN 4853 <br> Trenton, New Jersey 08650 <br> (609) 587-6888 <br> Standing Chapter 13 Trustee |
| In Re: <br><br>     EPHRAIM CHECKANOW <br>     DEVORAH CHECKANOW <br>         Debtors |

Order Filed on May 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  21-12051 MBK

Judge:  Michael B. Kaplan

Hearing date:  5/18/21

# ORDER VACATING ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: May 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Whereas** this case was before the Court for confirmation hearing on May 18, 2021 and dismissed for failure to provide certain documents to the Trustee; and the Trustee having submitted a dismissal order to the Court, which was filed on May 18, 2021; and the debtor subsequently provided such documents to the Trustee; and for good cause shown, it is hereby

**ORDERED:**

1. The order of dismissal entered on May 18, 2021, Doc #33, be and is hereby vacated, and the Chapter 13 proceeding is hereby reinstated.

2. The confirmation hearing shall be rescheduled for 6/23/21.

3. The Pre-Confirmation Certification shall be filed within 5 days of entry of this order.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-12051-MBK

Ephraim Checkanow  Chapter 13

Devorah Checkanow

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: May 24, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ephraim Checkanow, Devorah Checkanow, 44 Genesee Place, Lakewood, NJ 08701-1124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Joint Debtor Devorah Checkanow moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Ephraim Checkanow moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: May 24, 2021 Form ID: pdf903 Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6