Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−12051−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ephraim Checkanow<br>44 Genesee Place<br>Lakewood, NJ 08701 | Devorah Checkanow<br>44 Genesee Place<br>Lakewood, NJ 08701 |

Social Security No.:
   xxx−xx−3212                                          xxx−xx−3358

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 22, 2021.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 22, 2021
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ephraim Checkanow  
Devorah Checkanow  
    Debtors

Case No. 21-12051-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Sep 22, 2021     Form ID: 148     Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ephraim Checkanow, Devorah Checkanow, 44 Genesee Place, Lakewood, NJ 08701-1124 |
| 519148478 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519137473 | + | Bank of New York Melon, 240 Greenwich St, New York, NY 10007-2470 |
| 519137474 | | Binyamin Weissler, 100 Pawnee Rd, Lakewood, NJ 08701-1159 |
| 519137476 | | Chani Davidowitz, 818 Morris Ave, Lakewood, NJ 08701-5550 |
| 519137478 | | College Access Network, 111 Washington Ave S Ste 1400, Minneapolis, MN 55401-6800 |
| 519194608 | + | College Assist, PO BOX 16358, ST. PAUL, MN 55116-0358 |
| 519137483 | | Harold Herskovitz, 310 3rd St, Lakewood, NJ 08701-3221 |
| 519150859 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519137484 | | Joseph Leifer, 39 Broadway, New York, NY 10006-3003 |
| 519137491 | | Pinny Trencher, 10 Mohawk Pl, Lakewood, NJ 08701-1140 |
| 519137492 | | Shimon Golombeck, 402 8th St, Lakewood, NJ 08701-2670 |
| 519137493 | | Sholom Pekier, 11 Mohawk Pl, Lakewood, NJ 08701-1141 |
| 519149865 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519169918 | | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519137497 | | Tzodek Katz, 5 Kedma Dr, Lakewood, NJ 08701-3599 |
| 519137499 | | Yakov Kaplan, 27 Genesee Pl, Lakewood, NJ 08701-1125 |
| 519137500 | | Yechiel Haas, 10 Hillside Blvd, Lakewood, NJ 08701-2969 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519137471 | | EDI: AMEREXPR.COM | Sep 23 2021 00:23:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519167843 | | EDI: BECKLEE.COM | Sep 23 2021 00:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519265100 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2021 20:26:38 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519137472 | | EDI: BANKAMER.COM | Sep 23 2021 00:23:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519137475 | | Email/Text: bankruptcy@cavps.com | Sep 22 2021 20:27:00 | Cavalry Portfolio Services, 500 Summit Dr Ste 400, Valhalla, NY 10595 |

Case 21-12051-MBK  Doc 47  Filed 09/24/21  Entered 09/25/21 00:12:03  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: 148 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 519139794 | + | Email/Text: bankruptcy@cavps.com | Sep 22 2021 20:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519137477 | | EDI: CITICORP.COM | Sep 23 2021 00:23:00 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519137479 | | EDI: WFNNB.COM | Sep 23 2021 00:23:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519137480 | | EDI: DISCOVER.COM | Sep 23 2021 00:23:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 519137481 | + | EDI: USBANKARS.COM | Sep 23 2021 00:23:00 | Elanco Financial Services, PO Box 108, Saint Louis, MO 63166-0108 |
| 519137482 | | Email/Text: bknotice@ercbpo.com | Sep 22 2021 20:27:00 | Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 519137485 | | EDI: JPMORGANCHASE | Sep 23 2021 00:23:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 519211907 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 22 2021 20:27:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519137487 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 22 2021 20:27:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519142426 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2021 20:26:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519151143 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 22 2021 20:26:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519137488 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 22 2021 20:26:36 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519137489 | | EDI: MID8.COM | Sep 23 2021 00:23:00 | Midland Funding LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 519146037 | + | EDI: MID8.COM | Sep 23 2021 00:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519137490 | + | Email/Text: bnc@nordstrom.com | Sep 22 2021 20:27:51 | Nordstrom, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 519219346 | | EDI: PRA.COM | Sep 23 2021 00:23:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519208019 | | EDI: PRA.COM | Sep 23 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519144344 | | EDI: Q3G.COM | Sep 23 2021 00:23:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519137494 | | EDI: RMSC.COM | Sep 23 2021 00:23:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519199928 | + | EDI: RMSC.COM | Sep 23 2021 00:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519139481 | + | EDI: RMSC.COM | Sep 23 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519137496 | | EDI: TDBANKNORTH.COM | Sep 23 2021 00:23:00 | TD Bank, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519137495 | | EDI: WTRRNBANK.COM | Sep 23 2021 00:23:00 | Target bank, PO Box 1470, Minneapolis, MN 55440-1470 |
| 519166911 | | EDI: USBANKARS.COM | Sep 23 2021 00:23:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519245235 | | EDI: USBANKARS.COM | | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: 148 | Total Noticed: 51 |

| 519137498 | EDI: USBANKARS.COM | Sep 23 2021 00:23:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
|---|---|---|---|
| | | Sep 23 2021 00:23:00 | US Bank, PO Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519167844 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519137486 | ## | KML Law Group, Sentry Office Plaza, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Joint Debtor Devorah Checkanow moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | on behalf of Debtor Ephraim Checkanow moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6